UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL M. QUINN, | CASE NO. C05-0468-TSZ |
| Plaintiff, | |
| v. | ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING MATTER WITHOUT PREJUDICE |
| GREYHOUND BUS STATION, | |
| Defendant. | |

The Court, having reviewed the entire record in this matter, including plaintiff's in forma pauperis application, the Complaint, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that Report and Recommendation, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation. Plaintiff's in forma pauperis application is DENIED, and this action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B);

(2) The Clerk shall close this case, and shall send copies of this Order to plaintiff and to Judge Theiler.

DATED this 25th day of April, 2005.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER
PAGE -1